**Order filed March 28, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00894-CR**
_____

**XAVIER ALEXANDER AUSTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1252434**

## ORDER

Appellant is represented by appointed counsel on appeal, Nicole Wignall Deborde. On March 25, 2013, counsel filed a motion to withdraw as appellate counsel because of a conflict of interest. Accordingly, we enter the following order.

We ORDER the judge of the 174th District Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall appoint new appellate counsel for appellant. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders permitting counsel to withdraw and appointing new counsel. Those records shall be filed with the clerk of this court within 30 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court.


PER CURIAM